UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

DAVE WINGATE,

        Plaintiff,

v.                                            Case No. 19-4074-HLT

BARKMAN HONEY LLC and
TRUE SOURCE HONEY, LLC,

        Defendants.

## **AMENDED SCHEDULING ORDER**

The parties have filed a joint motion (ECF No. 56) to amend the scheduling order filed on February 25, 2020 (ECF No. 50). For good cause shown, the motion is granted and the scheduling order is amended as follows:

    a.    All class discovery shall be commenced or served in time to be completed by **July 29, 2020.**

    b.    Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, are due from plaintiff by **June 1, 2020**, and from defendant by **July 1, 2020.** Disclosures and reports by any rebuttal experts are due by **July 15, 2020**.

    c.    Motions challenging admissibility of expert testimony are due by **August 12, 2020**.

    d.    Plaintiff's motion for class certification is due by **September 1, 2020**. The

1

O:\SCHEDULINGORDERS\19-4074-HLT-56-ASO.DOCX

response to the class-certification motion is due by **October 16, 2020**. The reply in support of class-certification is due by **October 30, 2020.**

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated March 31, 2020, at Kansas City, Kansas.

           s/ James P. O'Hara
           James P. O'Hara
           U.S. Magistrate Judge