UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

DAVE WINGATE,

        Plaintiff,

v.                    Case No. 19-4074-HLT

BARKMAN HONEY LLC and
TRUE SOURCE HONEY, LLC,

        Defendants.

## SECOND AMENDED SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 59) to amend the scheduling orders in this case (ECF Nos. 50 and 57). For good cause shown, the motion is granted and the scheduling order is amended as follows:

a.    All class discovery shall be commenced or served in time to be completed by **August 28, 2020.**

b.    Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, are due from plaintiff by **July 1, 2020**, and from defendant by **July 31, 2020.** Disclosures and reports by any rebuttal experts are due by **August 14, 2020**.

c.    Motions challenging admissibility of expert testimony are due by **September 11, 2020**.

d.    Plaintiff's motion for class certification is due by **October 1, 2020**. The

response to the class-certification motion is due by **November 16, 2020**. The reply in support of class-certification is due by **November 30, 2020.**

All other provisions of the original and amended scheduling orders shall remain in effect. The schedule adopted in this second amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated May 20, 2020, at Kansas City, Kansas.

           s/ James P. O'Hara
           James P. O'Hara
           U.S. Magistrate Judge