UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

DAVE WINGATE,

        Plaintiff,

v.                      Case No. 19-4074-HLT

BARKMAN HONEY LLC and
TRUE SOURCE HONEY, LLC,

        Defendants.

## THIRD AMENDED SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 63) to amend the scheduling orders in this case (ECF Nos. 50, 57, & 60). For good cause shown, the motion is granted and the scheduling order is amended as follows:

    a)     All class discovery shall be commenced or served in time to be completed by **October 27, 2020**.

    b)     Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, are due from defendant by **September 29, 2020**. Disclosures and reports by any rebuttal experts are due by **October 13, 2020**.

    c)     Motions challenging admissibility of expert testimony are due by **November 10, 2020**.

    d)     Plaintiff's motion for class certification is due by **November 30, 2020**. The response to the class-certification motion is due by **December 15, 2020**. The reply in support of class-certification is due by **December 29, 2020**.

All other provisions of the original and amended scheduling orders shall remain in effect. The schedule adopted in this third amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

The COVID-19 pandemic shows no signs of easing soon. So the parties and counsel must plan accordingly. They shouldn't just assume the court will grant further stipulated motions to extend deadlines. At the risk of stating the obvious, although meeting with experts and deposing them and other witnesses in person is preferable in an ideal world, since that's not medically advisable at this time, these tasks still can (and should) be handled via videoconference or other electronic means.

IT IS SO ORDERED.

Dated July 15, 2020, at Kansas City, Kansas.

       s/ James P. O'Hara  
       James P. O'Hara  
       U.S. Magistrate Judge