# United States District Court

-------------------------- DISTRICT OF KANSAS---------------------------

| | |
|---|---|
| DAVE WINGATE,<br><br>      **Plaintiff**,<br><br>      v.<br><br>BARKMAN HONEY, LLC,<br>TRUESOURCE HONEY, LLC,<br><br>      **Defendants.** | Case No. 5:19-CV-04074-HLT |

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

    Pursuant to the Memorandum and Order (Doc. 37), Plaintiff's claims against TrueSource Honey, LLC are dismissed without prejudice for lack of personal jurisdiction.

    Pursuant to the Memorandum and Order (Doc. 86), judgment is entered in favor of Defendant Barkman Honey, LLC against Plaintiff Dave Wingate.

    IT IS SO ORDERED.

Dated: <u>January 6, 2021</u>                  TIMOTHY M. O'BRIEN
                                                              CLERK OF THE DISTRICT COURT

                                                              by:  */s/ Misty D. Deaton*
                                                                             Deputy Clerk